```
BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
JACOB M. MIKOW, CA SBN 238045
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8976
    Facsimile: (415) 744-0134
    Email: jacob.mikow@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BILL RUSSELL VALDEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Case No. 2:09-CV-02583-KJM <br><br> STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

  The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's motion for summary judgment, due to workload demands of Defendant's counsel and the complexity of issues in Plaintiff's motion. The current due date is August 2, 2010. The new due date will be September 1, 2010. This is Defendant's first request for an extension.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

DATE: July 27, 2010

RICK PEASLEY
Law Offices of Rick Peasley

By:   /s/ Rick Peasley*
(* As authorized via telephone call with Jacob M. Mikow on July 27, 2010)
RICK PEASLEY

Attorneys for Plaintiff

DATE: July 27, 2010

BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By   /s/ Jacob M. Mikow
JACOB M. MIKOW
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED:  July 27, 2010.

_____
U.S. MAGISTRATE JUDGE